THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TODD R. HEATLEY, Appellant.

Submitted March 2, 2015; decided March 26, 2015

On the Court's own motion, appeal dismissed upon the ground that the criminal prosecution abated by reason of defendant's death (see People v Ortiz, 77 NY2d 821 [1990]).

Judge FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS D. HOGAN, Appellant.

Submitted March 23, 2015; decided March 26, 2015

Motion for assignment of counsel granted and Shirley A. Gorman, Esq., PO Box 629, 19 Market St., Brockport, New York 14420 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KEITH JOHNSON, Respondent.

Submitted March 16, 2015; decided March 26, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the respondent on the appeal herein.